■ DONALD D'AVOLIO, as Administrator C. T. A. of the Estate of AGATHA D'AVOLIO, Deceased, Appellant, v HUBERTO W. PRADO et al., Respondents. (Appeal No. 1.) [715 NYS2d 681] —Order unanimously affirmed without costs. Same Memorandum as in *D'Avolio v Prado* ([appeal No. 2] 277 AD2d 877 [decided herewith]). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Summary Judgment.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Lawton, JJ.